UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-81532-CIV-SINGHAL/VALLE

JAMES DRUMMOND, *et al.*,

    Plaintiffs,

v.

ERIC ZIMMERMAN, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Objection to and Motion to Quash Subpoena or for Protective Order (DE [59]) filed *pro se* by Plaintiff Tim Fry ("Fry"). Fry states that he never consented to be named as a plaintiff in this matter. He also states that he found "unsigned paperwork" in his bushes that appears to be a subpoena to testify and a request for production of documents. The "paperwork" in question is not attached to the Motion. The Court, therefore, cannot rule on the Motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Quash Subpoena or for Protective Order (DE [59]) is **DENIED WITHOUT PREJUDICE.** The Motion may be renewed with the contested material attached as an exhibit.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of April 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
and by US Mail to:

Tim Fry, *pro se*
6236 N. Ash Lane
Lantana, FL 33462